IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA LOVE                                                                                                    PLAINTIFF

V.                              NO. 3:21-cv-00045-BRW-ERE

KILOLO KIJAKAZI,
ACTING COMMISSIONER of the
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration of the Recommendation and a *de novo* review of the record, I approve and adopt the Recommended Disposition in its entirety. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 15th day of March, 2022.


                                                BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE