**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA LOVE**                                                                                                                   **PLAINTIFF**

**V.**                            **CASE NO. 3:21-CV-00045-BRW**

**KILOLO KIJAKAZI, ACTING COMMISSIONER**
**OF THESOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is REVERSED. Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 15th day of March, 2022.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE